**IN RE APPEAL OF ELE, INC.**

[327 N.C. 468 (1990)]

IN THE MATTER OF: THE APPEAL OF ELE, INC., FROM THE DENIAL OF PRESENT USE VALUE TREATMENT FOR CERTAIN OF ITS REAL PROPERTY BY THE BERTIE COUNTY BOARD OF COMMISSIONERS FOR 1986

No. 93A90

(Filed 3 October 1990)

APPEAL of right by appellant Bertie County pursuant to N.C.G.S. § 7A-30(2) (1989) from the decision of a divided panel of the Court of Appeals, 97 N.C. App. 253, 388 S.E.2d 241 (1990), affirming the Final Decision of the Property Tax Commission, sitting as the State Board of Equalization and Review, dated 10 March 1988, which reversed the decision of the Bertie County Board of Commissioners denying present use value assessment and taxation for certain property for the years 1984, 1985, and 1986. Heard in the Supreme Court 4 September 1990.

*Smith, Daly & Skinner, P.A., by Lloyd C. Smith, Jr., and Roswald B. Daly, Jr., for respondent-appellant.*

*Baker, Jenkins & Jones, P.A., by Robert C. Jenkins and W. Hugh Jones, Jr., taxpayer-appellee.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.